**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: STECKER, TODD P. | § Case No. 10-73081 |
| | § |
| | § |
| Debtor(s) | § |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

 Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

 The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
 327 South Church Street, Room #1100
 Rockford, IL 61101

 Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 12/19/2012 in Courtroom 3100, United States Courthouse, 327 South Court Street, #3100
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated :  11/05/2012          By:  /s/JOSEPH D. OLSEN
                                                          Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: STECKER, TODD P.  §  Case No. 10-73081
 §
 §
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 49,228.41 |
| *and approved disbursements of* | $ 18,253.68 |
| *leaving a balance on hand of* [1] | $ 30,974.73 |
| **Balance on hand:** | $ 30,974.73 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 5S | Muriel G. Hill | 60,531.00 | 0.00 | 0.00 | 0.00 |
| 6 | Internal Revenue Service | 26,770.72 | 26,770.72 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   30,974.73

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 5,672.84 | 0.00 | 5,672.84 |
| Trustee, Expenses - JOSEPH D. OLSEN | 224.29 | 0.00 | 224.29 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 6,012.00 | 0.00 | 6,012.00 |

Total to be paid for chapter 7 administration expenses:   $   11,909.13
Remaining balance:   $   19,065.60

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $         0.00
Remaining balance:  $    19,065.60

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:  $         0.00
Remaining balance:  $    19,065.60

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 80,113.57 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 23.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 3,636.20 | 0.00 | 865.35 |
| 2 | U.S. Bank N.A. | 7,832.65 | 0.00 | 1,864.03 |
| 3 | PYOD LLC its successors and assigns as assignee of | 9,832.71 | 0.00 | 2,340.01 |
| 4 | Nicor Gas | 2,031.20 | 0.00 | 483.39 |
| 5U | Muriel G. Hill | 14,469.00 | 0.00 | 3,443.36 |
| 7 -2 | Resource Bank, N.A. | 42,311.81 | 0.00 | 10,069.46 |

Total to be paid for timely general unsecured claims:  $    19,065.60
Remaining balance:  $         0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 2,195.24 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | Resource Bank, N.A. | 0.00 | 0.00 | 0.00 |
| 8 | Illinois Department of Revenue Bankruptcy Section | 2,195.24 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims:  $      0.00
Remaining balance:  $      0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $      0.00
Remaining balance:  $      0.00

Prepared By:  /s/JOSEPH D. OLSEN
                             Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                          United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                         Case No. 10-73081-MB
Todd P. Stecker                                                Chapter 7
      Debtor                  CERTIFICATE OF NOTICE
District/off: 0752-3          User: lorsmith              Page 1 of 3                  Date Rcvd: Nov 16, 2012
                              Form ID: pdf006             Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2012.
db            Todd P. Stecker,    7670 South Woodlawn Road,    Rochelle, IL  61068
15734351     +Citi,    Attention: Bankruptcy Department,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
15734353     +Foster and Buick Law Group, LLC,    2040 Aberdeen Court,    Sycamore, IL 60178-3140
19388305      Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,
               Chicago, Illinois 60664-0338
15734354      Illinois Dept. of Revenue,    P.O. Box 19035,    Springfield, IL 62794-9035
15734357     +Muriel G. Hill,    P.O. Bo 65,    Creston, IL 60113-0065
17436142     +Resource Bank, N.A.,    c/o Foster and Buick Law Group, LLC,    2040 Aberdeen Court,
               Sycamore, IL 60178-3140
15734359     +Resource Bank, N.A.,    201 State Route 39,    POB 9,    Malta IL 60150-0009
15734361     +Rochelle Oil,    103 East 2nd Avenue,    Rochelle, IL 61068-1891
15734362      Scott E. Stecker,    314 North Woodlawn Road,    Creston, IL 60113
15734363     +Thomas F. Stecker,    P.O. Box 216,    Creston, IL 60113-0216
16061390    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:   U.S. Bank N.A.,    Bankruptcy Department,    P.O. Box 5229,
               Cincinnati, OH 45201-5229)
15734364     +US Bank,    Attention: Bankruptcy Department,    101 5th St. E Ste A.,    Saint Paul, MN 55101-1808

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15734352      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 17 2012 02:38:17     Discover,
               Attention: Bankruptcy Department,    P.O. Box 15316,    Wilmington, DE 19850
15996361      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 17 2012 02:38:17     Discover Bank,
               Dfs Services LLC,    PO Box 3025,    New Albany, OH  43054-3025
17160440      E-mail/Text: cio.bncmail@irs.gov Nov 17 2012 02:23:10     Internal Revenue Service,
               P.O. Box 145585, Stop 8420G,    Cincinnati, OH  45250-5585
15734355      E-mail/Text: cio.bncmail@irs.gov Nov 17 2012 02:23:10     Internal Revenue Service,
               P.O. Box 804527,    Cincinnati, OH 45280-4527
16137583     +E-mail/Text: bankrup@nicor.com Nov 17 2012 02:26:29     Nicor Gas,    PO Box 549,
               Aurora IL 60507-0549
15734358     +E-mail/Text: bankrup@nicor.com Nov 17 2012 02:26:29     Nicor Gas,    P.O. Box 8350,
               Aurora, IL 60507-8577
16098900     +E-mail/Text: resurgentbknotifications@resurgent.com Nov 17 2012 02:26:02
               PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
               c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
15734360     +E-mail/Text: bky@americanprofit.net Nov 17 2012 03:18:43     Rochelle Disposal Service Inc.,
               c/o American Profit Recovery,    34405 W 12 Mile Road,    Farmington, MI 48331-3391
                                                                                               TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17440873*    +Resource Bank, N.A.,    c/o Foster and Buick Law Group, LLC,    2040 Aberdeen Court,
               Sycamore, IL 60178-3140
15734356    ##+Kaltenberg Seed Farms,    c/o Collection Experts,    1305 N. Barker Rd., Suite 7-8,
               Brookfield, WI 53045-5230
                                                                                 TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-3          User: lorsmith              Page 2 of 3              Date Rcvd: Nov 16, 2012
                              Form ID: pdf006             Total Noticed: 21
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 18, 2012**                **Signature:** _Joseph Speetjens_

```
District/off: 0752-3          User: lorsmith              Page 3 of 3              Date Rcvd: Nov 16, 2012
                              Form ID: pdf006             Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2012 at the address(es) listed below:

```
          Craig A Willette     on behalf of Trustee Joseph Olsen craigwillette@comcast.net
          Jason H Rock     on behalf of Debtor Todd Stecker jrock@bslbv.com
          Joseph D Olsen    Jolsenlaw@comcast.net,  IL46@ECFCBIS.com
          Joseph D Olsen     on behalf of Trustee Joseph Olsen jolsenlaw@aol.com,  IL46@ECFCBIS.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Timothy J Conklin     on behalf of Creditor  Resource Bank, N.A. tconklin@fosterbuick.com,
           smaahs@fosterbuick.com
                                                                                             TOTAL: 6
```