# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: STECKER, TODD P. | § | Case No. 10-73081 |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $83,295.00<br>*(without deducting any secured claims)* | Assets Exempt: $8,100.00 |
| Total Distribution to Claimants: $33,315.60 | Claims Discharged<br>Without Payment: $187,868.20 |
| Total Expenses of Administration: $15,912.81 | |

3) Total gross receipts of $ 49,228.41 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $49,228.41 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $101,551.72 | $41,020.72 | $14,250.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 15,912.81 | 15,912.81 | 15,912.81 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.62 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 126,624.37 | 124,620.62 | 82,308.81 | 19,065.60 |
| **TOTAL DISBURSEMENTS** | $126,624.99 | $242,085.15 | $139,242.34 | $49,228.41 |

4) This case was originally filed under Chapter 7 on June 18, 2010. The case was pending for 33 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/26/2013          By: /s/JOSEPH D. OLSEN
                                        Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| One-Third Ownership Interest Fee, Pre-Fabricated | 1110-000 | 4,028.41 |
| 12 1/2% undivided interest in 80 acres of farm l | 1110-000 | 43,500.00 |
| Rents | 1122-000 | 1,700.00 |
| **TOTAL GROSS RECEIPTS** | | $49,228.41 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 − SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5S | Muriel G. Hill | 4110-000 | N/A | 60,531.00 | 0.00 | 0.00 |
| 6 | Internal Revenue Service | 4110-000 | N/A | 26,770.72 | 26,770.72 | 0.00 |
| NOTFILED | Resource Bank, N.A. c/o Foster and Buick Law Group, | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| | Resource Bank, N.A. | 4110-000 | N/A | 14,250.00 | 14,250.00 | 14,250.00 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $101,551.72 | $41,020.72 | $14,250.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 5,672.84 | 5,672.84 | 5,672.84 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 224.29 | 224.29 | 224.29 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 6,012.00 | 6,012.00 | 6,012.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 6.95 | 6.95 | 6.95 |
| Deb Fisher | 2990-000 | N/A | 229.90 | 229.90 | 229.90 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 65.85 | 65.85 | 65.85 |
| The Bank of New York Mellon | 2600-000 | N/A | 65.74 | 65.74 | 65.74 |
| Illinois Department of Revenue | 2820-000 | N/A | 101.00 | 101.00 | 101.00 |
| Illinois Department of Revenue | 2820-000 | N/A | 2,160.00 | 2,160.00 | 2,160.00 |
| Benning Group, LLC | 3410-000 | N/A | 1,000.00 | 1,000.00 | 1,000.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 74.24 | 74.24 | 74.24 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $15,912.81 | $15,912.81 | $15,912.81 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Illinois Dept. of Revenue | 5200-000 | 0.62 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.62 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 3,636.20 | 3,636.20 | 865.35 |
| 2 | U.S. Bank N.A. | 7100-000 | N/A | 7,832.65 | 7,832.65 | 1,864.03 |
| 3 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 9,832.71 | 9,832.71 | 2,340.01 |
| 4 | Nicor Gas | 7100-000 | 2,000.00 | 2,031.20 | 2,031.20 | 483.39 |
| 5U | Muriel G. Hill | 7100-000 | N/A | 14,469.00 | 14,469.00 | 3,443.36 |
| 7 | Resource Bank, N.A. | 7200-000 | N/A | 42,311.81 | 0.00 | 0.00 |
| 7 -2 | Resource Bank, N.A. | 7100-000 | N/A | 42,311.81 | 42,311.81 | 10,069.46 |
| 8 | Illinois Department of Revenue Bankruptcy Section | 7200-000 | N/A | 2,195.24 | 2,195.24 | 0.00 |
| NOTFILED | Discover | 7100-000 | 3,381.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi | 7100-000 | 9,187.00 | N/A | N/A | 0.00 |
| NOTFILED | Foster and Buick Law Group, LLC | 7100-000 | 56,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Kaltenberg Seed Farms c/o Collection Experts | 7100-000 | 3,449.00 | N/A | N/A | 0.00 |
| NOTFILED | US Bank | 7100-000 | 7,732.00 | N/A | N/A | 0.00 |
| NOTFILED | Rochelle Disposal Service Inc. c/o American Profit | 7100-000 | 205.00 | N/A | N/A | 0.00 |
| NOTFILED | Rochelle Oil | 7100-000 | 12,553.44 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Internal Revenue Service | 7100-000 | 26,038.29 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Dept. of Revenue | 7100-000 | 2,187.20 | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service | 7100-000 | 3,891.44 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $126,624.37 | $124,620.62 | $82,308.81 | $19,065.60 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 10-73081  
Case Name: STECKER, TODD P.

Period Ending: 03/26/13

Trustee: (330400)  JOSEPH D. OLSEN  
Filed (f) or Converted (c): 06/18/10 (f)  
§341(a) Meeting Date: 08/05/10  
Claims Bar Date: 11/10/10

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | One-Third Ownership Interest Fee, Pre-Fabricated | 90,000.00 | 4,028.41 | | 4,028.41 | FA |
| 2 | 12 1/2% undivided interest in 80 acres of farm l | 67,000.00 | 67,000.00 | | 43,500.00 | FA |
| 3 | Land Contract Purchase 7620 South Woodlawn Road, | 60,500.00 | 0.00 | | 0.00 | FA |
| 4 | Cash on Hand | 15.00 | 0.00 | | 0.00 | FA |
| 5 | 1/2 interest in personal computer (not working); | 1,500.00 | 0.00 | | 0.00 | FA |
| 6 | Allis Chalmers lawn mower | 50.00 | 0.00 | | 0.00 | FA |
| 7 | Various Nascar Collectibles | 500.00 | 0.00 | | 0.00 | FA |
| 8 | Wedding Ring | 200.00 | 0.00 | | 0.00 | FA |
| 9 | Standard Wearing Apparel | 200.00 | 0.00 | | 0.00 | FA |
| 10 | 2 bicycles and fishing poles | 150.00 | 0.00 | | 0.00 | FA |
| 11 | Pekin Insurance Whole Life Policy Approixmate Ca | 500.00 | 0.00 | | 0.00 | FA |
| 12 | Pekin Insurance Whole Life Policy Approximate Ca | 500.00 | 0.00 | | 0.00 | FA |
| 13 | 1/3 Ownership Interest in Resourceful Valley Tru | 1.00 | 0.00 | | 0.00 | FA |
| 14 | 2009 federal tax refund expectancy (subject to o | 5,500.00 | 0.00 | | 0.00 | FA |
| 15 | 2009 State of Illinois refund (subject to offset | 179.00 | 0.00 | | 0.00 | FA |
| 16 | 1994 International Harvester Semi (pledged to Re | 4,000.00 | 0.00 | | 0.00 | FA |
| 17 | 1998 Chevy Silverado 1500 | 4,000.00 | 0.00 | | 0.00 | FA |
| 18 | 2000 Oldsmobile Intrigue | 3,500.00 | 0.00 | | 0.00 | FA |
| 19 | Hand tools with two Snap-on tool boxes | 2,000.00 | 0.00 | | 0.00 | FA |
| 20 | Rents | 0.00 | N/A | | 1,700.00 | FA |
| 20 | Assets  Totals (Excluding unknown values) | $240,295.00 | $71,028.41 | | $49,228.41 | $0.00 |

**Major Activities Affecting Case Closing:**

Debtor has a 1/8th interest in a family farm believed to be worth approximately $67,000.00. The Trustee is attempting to sell that 1/8th interest back to the other family members. The property is held in a trust and has been difficult to get the proper contact person to deal with the interest of the other co-owners. The Trustee finally has solicited on an offer to purchase the 1/8 interest, but now a bank has alleged a security interest in same. An offer in settlement has been tendered to the bank.

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 10-73081 | **Trustee:** (330400) JOSEPH D. OLSEN |
| **Case Name:** STECKER, TODD P. | **Filed (f) or Converted (c):** 06/18/10 (f) |
| | **§341(a) Meeting Date:** 08/05/10 |
| **Period Ending:** 03/26/13 | **Claims Bar Date:** 11/10/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** December 31, 2012    **Current Projected Date Of Final Report (TFR):** November 15, 2012  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 10-73081 |
| Case Name: | STECKER, TODD P. |
| | |
| Taxpayer ID #: | **-***6698 |
| Period Ending: | 03/26/13 |

| | |
|---|---|
| Trustee: | JOSEPH D. OLSEN (330400) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******36-66 - Checking Account |
| Blanket Bond: | $820,095.60  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/25/11 | {1} | Ogle County Sheriff | 1/3 ownership interest | 1110-000 | 4,028.41 | | 4,028.41 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,003.41 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,978.41 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,953.41 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,928.41 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,903.41 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,878.41 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,853.41 |
| 03/07/12 | {20} | Hill Farm Trust #1 | rent share for 2011 crop | 1122-000 | 1,700.00 | | 5,553.41 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,528.41 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,503.41 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,478.41 |
| 06/05/12 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/05/2012 FOR CASE #10-73081, #016018067 | 2300-000 | | 6.95 | 5,471.46 |
| 06/26/12 | 102 | Deb Fisher | payment of deposition of Timothy Funfsinn | 2990-000 | | 229.90 | 5,241.56 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,216.56 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,191.56 |
| 08/09/12 | {2} | Thomas O. Hill | Purchase of Debtor's Interest in farmland | 1110-000 | 43,500.00 | | 48,691.56 |
| 08/17/12 | 103 | Resource Bank, N.A. | Offer and compromise | 4110-000 | | 14,250.00 | 34,441.56 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 65.85 | 34,375.71 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 65.74 | 34,309.97 |
| 10/05/12 | 104 | Illinois Department of Revenue | IL-1041 yr end 12/31/11 | 2820-000 | | 101.00 | 34,208.97 |
| 10/05/12 | 105 | Illinois Department of Revenue | IL-1041 yr. end 9/30/12 | 2820-000 | | 2,160.00 | 32,048.97 |
| 10/29/12 | 106 | Benning Group, LLC | Per Court Order of 10/29 | 3410-000 | | 1,000.00 | 31,048.97 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 74.24 | 30,974.73 |
| 12/19/12 | 107 | JOSEPH D. OLSEN | Dividend paid 100.00% on $5,672.84, Trustee Compensation;  Reference: | 2100-000 | | 5,672.84 | 25,301.89 |
| 12/19/12 | 108 | JOSEPH D. OLSEN | Dividend paid 100.00% on $224.29, Trustee Expenses;  Reference: | 2200-000 | | 224.29 | 25,077.60 |
| 12/19/12 | 109 | Yalden, Olsen & Willette | Dividend paid 100.00% on $6,012.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 6,012.00 | 19,065.60 |
| 12/19/12 | 110 | Discover Bank | Dividend paid 23.79% on $3,636.20; Claim# 1; Filed: $3,636.20; Reference: | 7100-000 | | 865.35 | 18,200.25 |
| 12/19/12 | 111 | U.S. Bank N.A. | Dividend paid 23.79% on $7,832.65; Claim# 2; Filed: $7,832.65; Reference: | 7100-000 | | 1,864.03 | 16,336.22 |
| 12/19/12 | 112 | PYOD LLC its successors and | Dividend paid 23.79% on $9,832.71; Claim# 3; | 7100-000 | | 2,340.01 | 13,996.21 |

| | | | Subtotals : | | $49,228.41 | $35,232.20 | |

Exhibit 9

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 10-73081 | |
| Case Name: | STECKER, TODD P. | |
| | | |
| Taxpayer ID #: | **-***6698 | |
| Period Ending: | 03/26/13 | |

| | |
|---|---|
| Trustee: | JOSEPH D. OLSEN (330400) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******36-66 - Checking Account |
| Blanket Bond: | $820,095.60  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | assigns as assignee of | Filed: $9,832.71; Reference: | | | | |
| 12/19/12 | 113 | Nicor Gas | Dividend paid  23.79% on $2,031.20; Claim# 4;<br>Filed: $2,031.20; Reference: | 7100-000 | | 483.39 | 13,512.82 |
| 12/19/12 | 114 | Muriel G. Hill | Dividend paid  23.79% on $14,469.00; Claim#<br>5U; Filed: $14,469.00; Reference: | 7100-000 | | 3,443.36 | 10,069.46 |
| 12/19/12 | 115 | Resource Bank, N.A. | Dividend paid  23.79% on $42,311.81; Claim#<br>7 -2; Filed: $42,311.81; Reference: | 7100-000 | | 10,069.46 | 0.00 |

| | | |
|---|---|---|
| ACCOUNT TOTALS | 49,228.41 | 49,228.41 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 |
| Subtotal | 49,228.41 | 49,228.41 |
| Less: Payments to Debtors | | 0.00 |
| NET Receipts / Disbursements | $49,228.41 | $49,228.41 |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 10-73081 |
| Case Name: | STECKER, TODD P. |
| Taxpayer ID #: | **-***6698 |
| Period Ending: | 03/26/13 |

| | |
|---|---|
| Trustee: | JOSEPH D. OLSEN (330400) |
| Bank Name: | Rabobank, N.A. |
| Account: | ****179566 - Checking Account |
| Blanket Bond: | $820,095.60  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| | |
|---|---|
| Net Receipts : | 49,228.41 |
| Net Estate : | $49,228.41 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # 9200-*****36-66 | 49,228.41 | 49,228.41 | 0.00 |
| Checking # ****179566 | 0.00 | 0.00 | 0.00 |
| | $49,228.41 | $49,228.41 | $0.00 |

{} Asset reference(s)